# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
JUL 10 2017
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

CRAIG R. OSER, D.O.

*Plaintiff(s)*
v.
WEIRTON MEDICAL CENTER, INC.

*Defendant(s)*

Civil Action No. 5:17-CV-68

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other:   Judgment be entered pursuant to FRCP 58

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge  Frederick P. Stamp, Jr.

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Remand is GRANTED and this civil action is REMANDED to the Circuit Court of Brooke County, WV, and STRICKEN from the active docket of this Court.

Date: 07/10/2017

*CLERK OF COURT*
Cheryl Dean Riley

By: *S. O. Abraham*   S. O. Abraham
*Signature of Clerk or Deputy Clerk*